**Terrence Bernard HUTCHINS,
Petitioner–Appellant,**

v.

**Warden Mildred L. RIVERA,
Respondent–Appellee.**

No. 13–6168.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 25, 2013.

Decided: April 30, 2013.

Terrence Hutchins, Appellant Pro Se.

174

Before AGEE and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrence Bernard Hutchins, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hutchins v. Rivera,* No. 8:12–cv–00436–DCN (D.S.C. Jan. 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*